UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| WABTEC CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES,<br><br>　　　　　　　　　Defendant. | **SUMMONS**<br>Court No. 23-00160 |

To:  The Attorney General of the United States and
　　　the Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.

　　　　　　　　　　　　　　　　　　　/s/ Mario Toscano_____
　　　　　　　　　　　　　　　　　　　Clerk of the Court

1. <u>Name and standing of plaintiff</u>:

　　Plaintiff Wabtec Corporation is a U.S. importer of certain freight rail couplers and parts thereof from China and is a party that participated in the Department of Commerce's antidumping investigation.  Plaintiff accordingly has standing to bring this action under 28 U.S.C. § 2631(c). Plaintiff is an interested party described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A).

2. <u>Brief description of the contested determination</u>:

　　Plaintiff contests certain aspects of the final determination--including scope--issued by the International Trade Administration of the U.S. Department of Commerce in the antidumping duty investigation of certain freight rail couplers and parts thereof from China.  The International Trade Administration made this determination on May 22, 2023.  The determination was published on May 30, 2023.  *See Certain Freight Rail Couplers and Parts Thereof From China*, 88 Fed. Reg. 34,485 (May 30, 2023).  The Department of Commerce's determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(II), 1516a(a)(2)(B)(i) and 28 U.S.C. § 1581(c).

3.Effective date of the determination:

The International Trade Administration of the U.S. Department of Commerce published the antidumping order in the Federal Register on July 14, 2023.  The effective date is the date of publication.

4.Date of publication in the Federal Register of the contested determination:

The International Trade Administration of the U.S. Department of Commerce issued a final determination on May 22, 2023.  The final determination was published in the Federal Register on May 30, 2023.

Respectfully submitted,

*/s/ David M. Morrell*
David M. Morrell
Ryan M. Proctor
Shelbie M. Rose
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
1.202.879.3636
dmorrell@jonesday.com

Dated:  August 14, 2023

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
26 Federal Plaza
Room 346, Third Floor
New York, NY 10278

Supervising Attorney
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel, Leslie B. Kiernan
**U.S. Department of Commerce**
Mail Stop 5875 HCHB
1401 Constitution Avenue, NW
Washington, DC 20230

Chief Counsel Robert Heilferty
**U.S. Department of Commerce**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230