IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

|  |  |
|---|---|
| WABTEC CORPORATION,<br><br>*Plaintiff*,<br><br>and<br><br>STRATO, INC.,<br><br>*Plaintiff-Intervenor*,<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant*,<br><br>and<br><br>COALITION OF FREIGHT COUPLER PRODUCERS,<br><br>*Defendant-Intervenor*. | Court No. 23-00160 |

**PLAINTIFF-INTERVENOR'S MOTION FOR JUDGMENT ON THE AGENCY RECORD**

Pursuant to Rule 56.2 of the Rules of the U.S. Court of International Trade, Plaintiff-Intervenor Strato, Inc. ("Strato") respectfully moves for judgment on the administrative record. For the reasons set forth in the accompanying Memorandum of Law in support of its motion, Plaintiff-Intervenor requests that the Court determine that the U.S. Department of Commerce's final determination in the antidumping investigation into certain freight rail couplers from the People's Republic of China, published as *Certain Freight Rail Couplers and Parts Thereof from the People's Republic of China: Final Affirmative Determination of Sales at Less-Than-Fair Value and Final Affirmative Determination of Critical Circumstances*, 88 Fed. Reg. 34,485 (May

30, 2023), and accompanying Issues & Decision Memorandum, is not supported by substantial evidence on the record and is otherwise not in accordance with law.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP

/s/ Andrew T. Schutz
Andrew T. Schutz
Michael S. Holton
Jordan C. Kahn
*Ned H. Marshak

1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881
-and-
*599 Lexington Ave., Floor 36
New York, New York 10022
(212) 557-4000

Dated: February 5, 2024

## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

### BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

|  |  |
|---|---|
| WABTEC CORPORATION, | : |
| *Plaintiff*, | : |
| and | : |
| STRATO, INC., | : |
| *Plaintiff-Intervenor*, | : Court No. 23-00160 |
| v. | : |
| UNITED STATES, | : |
| *Defendant*, | : |
| and | : |
| COALITION OF FREIGHT COUPLER PRODUCERS, | : |
| *Defendant-Intervenor*. | : |

### ORDER

Upon consideration of the Motion for Judgment on the Administrative Record filed by Plaintiff-Intervenor Strato, Inc., and upon all other papers and proceedings herein, it is hereby

**ORDERED** that Plaintiff-Intervenor's Motion is granted; and further

**ORDERED** that the U.S. Department of Commerce's (the "Department") final determination in the antidumping ("ADD") investigation on certain freight rail couplers from the People's Republic of China, published as *Certain Freight Rail Couplers and Parts Thereof from the People's Republic of China: Final Affirmative Determination of Sales at Less-Than-Fair Value and Final Affirmative Determination of Critical Circumstances*, 88 Fed. Reg. 34,485 (May

30, 2023), and accompanying Issues & Decision Memorandum, is not supported by substantial evidence on the record, and is otherwise not in accordance with law; and it is further

**ORDERED** that this matter is remanded to the Department for reconsideration in accordance with the decision of this Court.

**SO ORDERED.**

                                                                            Stephen Alexander Vaden, Judge

Dated: _____, 2024
        New York, New York

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

|  |  |
|---|---|
| WABTEC CORPORATION, | : |
| *Plaintiff*, | : |
| and | : |
| STRATO, INC., | : |
| *Plaintiff-Intervenor*, | : Court No. 23-00160 |
| v. | : |
| UNITED STATES, | : |
| *Defendant*, | : |
| and | : |
| COALITION OF FREIGHT COUPLER PRODUCERS, | : |
| *Defendant-Intervenor*. | : |

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF-INTERVENOR'S MOTION FOR JUDGMENT ON THE AGENCY RECORD

GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP

Andrew T. Schutz
Michael S. Holton
Jordan C. Kahn
Ned H. Marshak

1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881
-and-
*599 Lexington Ave., Floor 36
New York, New York 10022
(212) 557-4000

Dated: February 5, 2024

## TABLE OF CONTENTS

STATEMENT PURSANT TO RULE 56.2 ................................................................................... 1

    A.    Administrative Decision Under Appeal ............................................................................ 1

    B.    Reasons For Contesting The Administrative Decision ..................................................... 1

    C.    Issues Presented And Summary Of Argument ................................................................. 1

STATEMENT OF FACTS ............................................................................................................ 2

STANDARD OF REVIEW .......................................................................................................... 3

ARGUMENT ................................................................................................................................ 3

CONCLUSION.............................................................................................................................4

i

## TABLE OF AUTHORITIES

**Statutes**

19 U.S.C. § 1516(a)(1)(D) ............................................................................................................ 2

19 U.S.C. § 1673d(c)(5)(a) ........................................................................................................... 2

**Administrative Decisions**

*Certain Freight Rail Couplers and Parts Thereof From the People's Republic of China and Mexico: Initiation of Less-Than-Fair-Value Investigations*, 87 Fed. Reg. 64,444, 64,450 (Oct. 25, 2022) ....................................................................................................................................2

*Certain Freight Rail Couplers and Parts Thereof From the People's Republic of China: Initiation of Countervailing Duty Investigation*, 87 Fed. Reg. 64,440, 64,442–43 (Oct. 25, 2022) ....................................................................................................................................2

*Certain Freight Rail Couplers and Parts Thereof from the People's Republic of China: Final Affirmative Determination of Sales at Less-Than-Fair Value and Final Affirmative Determination of Critical Circumstances*, 88 Fed. Reg. 34,485 (May 30, 2023).............. passim

Plaintiff-Intervenor Strato, Inc. ("Strato") submits this Memorandum of Law to support its Rule 56.2 Motion for Judgment on the Agency Record.

**STATEMENT PURSANT TO RULE 56.2**

A.     **ADMINISTRATIVE DECISION UNDER APPEAL**

Plaintiff-Intervenor seeks judicial review of the U.S. Department of Commerce's (the "Department" or "Commerce") final affirmative determination in the antidumping duty ("ADD") investigation into certain freight rail couplers ("FRC") from the People's Republic of China, published as *Certain Freight Rail Couplers and Parts Thereof From the People's Republic of China: Final Affirmative Determination of Sales at Less-Than-Fair Value and Final Affirmative Determination of Critical Circumstances*, 88 Fed. Reg. 34,485 (May 30, 2023), Appx6726-28 and accompanying Issues and Decision Memorandum ("IDM"), Appx6709-25 (hereinafter the "Final Determination").

B.     **REASONS FOR CONTESTING THE ADMINISTRATIVE DECISION**

Plaintiff-Intervenor's reasons for contesting the *Final Determination* are set forth in the Summary of Arguments below, and in more detail in the Argument section of this Memorandum.

C.     **ISSUES PRESENTED AND SUMMARY OF ARGUMENT**

Plaintiff-Intervenor incorporates by reference the issues presented and summary of arguments in the Memorandum of Law filed by Plaintiff Wabtec Corporation ("Wabtec" or "Plaintiff") in support of its 56.2 Motion for Judgment Upon the Agency Record.[1]

---

[1] *See* CM/ECF Docs. 34 (Jan. 22, 2024).

1

**STATEMENT OF FACTS**

In September of 2021, a coalition led by the domestic FRC producer McConway and Torley ("Petitioner") filed a petition seeking the imposition of ADDs and countervailing duties ("CVD") on FRC imports from China. Appx1400. This investigation ("*FRC I*") was terminated when the ITC made a negative injury finding by unanimous vote, publishing its final determination in July 2022. *Freight Rail Coupler Systems and Components From China*, 87 Fed. Reg. 41,144 (Int'l Trade Comm., July 11, 2022). Petitioner had until August 10, 2022, to seek judicial review of this determination. *See* 19 U.S.C. § 1516(a)(1)(D). Instead of appealing this negative injury determination, Petitioner filed a second ADD/CVD petition on FRCs from China as well as Mexico on September 28, 2022. Appx1000-2510.

Commerce initiated its ADD/CVD investigations ("*FRC II*") based on the claims and evidence raised in the petition, publishing its initiation on October 25, 2022. *See Certain Freight Rail Couplers and Parts Thereof From the People's Republic of China and Mexico: Initiation of Less-Than-Fair-Value Investigations*, 87 Fed. Reg. 64,444, 64,450 (Oct. 25, 2022); *Certain Freight Rail Couplers and Parts Thereof From the People's Republic of China: Initiation of Countervailing Duty Investigation*, 87 Fed. Reg. 64,440, 64,442–43 (Oct. 25, 2022). In its administrative case brief, Wabtec challenged the initiation of these investigations. Wabtec Admin. Case Brief (Appx6388-6415). Commerce rejected these claims in its *Final Determination*. Appx6709-6725.

The other issue raised by parties opposing the investigation concerned the proposed scope. The scope of the initiated investigation included FRCs installed onto railcars in third countries (e.g., Mexico or Canda) and then imported into the United States as railcars. Throughout the course of the investigation, Strato, Wabtec and Amsted Rail Inc. ("Amsted")

filed comments and evidence challenging the inclusion of FRCs attached to railcars in third countries. Appx3356-65, 3366-3685, 3690-3817. Strato, Amsted and Wabtec filed administrative case briefs on this scope issue on April 10, 2023. Appx6364-6366 (Strato), Appx6367-6384 (Amsted), Appx6336-6342 (Wabtec).

On May 16, 2023, Commerce issued a Final Scope Memorandum followed by its Final Determination on May 30, 2023. Appx6567–699, 6726-28. In this Final Scope Memorandum, Commerce addressed interested parties' scope arguments, rejecting the contention that it was unlawful to include FRCs attached to railcars within the scope of the case. Appx 6567-699.

Plaintiff-Intervenor incorporates by reference the other facts contained in the statement of facts in the Memorandum of Law filed by Plaintiff Wabtec in support of its 56.2 Motion for Judgment Upon the Agency Record.

## **STANDARD OF REVIEW**

Plaintiff-Intervenor incorporates by reference the standard of review set forth in the Memorandum of Law filed by Plaintiff Wabtec in support of its 56.2 Motion for Judgment Upon the Agency Record.

## **ARGUMENT**

Plaintiff-Intervenor incorporates by reference the arguments in the Memorandum of Law filed by Plaintiff Wabtec in support of its 56.2 Motion for Judgment Upon the Agency Record.

Specifically, Strato agrees with Plaintiff that Commerce improperly and unlawfully initiated, and refused to terminate, the *FRC II* investigations. Furthermore, Strato concurs that Commerce's determination not to exclude FRCs that been attached to railcars in third countries from the scope of the ADD/CVD Orders was unsupported by substantial evidence and otherwise not in accordance with law.

3

## **CONCLUSION**

For the reasons discussed above and in Wabtec's Rule 56.2 Motion and Brief, Strato requests that this Court hold that Commerce's *Final Determination* is unsupported by substantial evidence and otherwise not in accordance with law, and remand the *Final Determination* with instructions to issue a new determination that is consistent with this Court's decision.

                                                 Respectfully submitted,

                                                 GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP

*/s/ Andrew T. Schutz*
Andrew T. Schutz
Michael S. Holton
Jordan C. Kahn
*Ned H. Marshak

1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881
-and-
*599 Lexington Ave., Floor 36
New York, New York 10022
(212) 557-4000

Dated: February 5, 2024

4

**CERTIFICATE OF COMPLIANCE**

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement. The word count for Plaintiff-Intervenors' Memorandum of Law In Support of its 56.2 Motion, as computed by Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt's word processing system Microsoft Word 2013, is 782 words, less than the allocated word limit.

/s/ *Andrew T. Schutz*
Andrew T. Schutz

*Counsel for Plaintiff-Intervenors Strato, Inc.*

Dated: February 5, 2024