**UNITED STATES COURT OF INTERNATIONAL TRADE BEFORE:**
**THE HONORABLE GARY S. KATZMANN, JUDGE**

|  |  |
|---|---|
| WABTEC CORPORATION<br><br>　　　　　　　　*Plaintiff,*<br><br>　　*and*<br><br>STRATO, INC.,<br><br>　　　　　　　　*Plaintiff- Intervenor*<br><br>　　　　　v.<br><br>UNITED STATES,<br><br>　　　　　　　　*Defendant,*<br><br>　　*and*<br><br>COALITION OF FREIGHT<br>COUPLER PRODUCERS,<br><br>　　　　　　　　*Defendant-Intervenor.* | Court No. 1:23-cv-00160 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to the United States Court of International Trade Rule 75(d), attorney Henry J. Dickman hereby moves to withdraw as counsel for Plaintiff Wabtec Corporation.  Mr. Dickman will be leaving the private practice of law on May 1, 2026, and so will not be able to continue representing Wabtec.  C. Kevin Marshall and Shelbie Rose will continue to represent Wabtec.

1

Respectfully submitted,

/s/ Henry J. Dickman
Henry J. Dickman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
1.202.879.3939
hdickman@jonesday.com

*Counsel for Wabtec Corporation*

Dated:  April 30, 2026

2

**UNITED STATES COURT OF INTERNATIONAL TRADE BEFORE:**
**THE HONORABLE GARY S. KATZMANN, JUDGE**

| | |
|---|---|
| WABTEC CORPORATION<br>　　　　　　*Plaintiff,*<br>　　*and*<br><br>STRATO, INC.,<br>　　　　　　*Plaintiff- Intervenor*<br>　　　　v.<br><br>UNITED STATES,<br><br>　　　　　　*Defendant,*<br>　　*and*<br><br>COALITION OF FREIGHT<br>COUPLER PRODUCERS,<br><br>　　　　　*Defendant-Intervenor.* | Court No. 1:23-cv-00157 |

### ORDER

Upon consideration of the Motion to Withdraw as Counsel filed by attorney Henry J. Dickman, and upon all other papers and proceedings herein, it is hereby

**ORDERED** that said motion is granted

**SO ORDERED**:

Dated: _____, 2026
　　　New York, NY

_____
Gary Katzmann, Judge

Form 18-1

**FORM 18**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| Wabtec Corporation<br><br><br><br>                    Plaintiff,<br><br>          v.<br><br>United States<br><br><br><br>                    Defendant. | Court No.  23-00160<br>[and Attached Schedule] |

**NOTIFICATION OF TERMINATION OF ACCESS
TO BUSINESS PROPRIETARY INFORMATION
PURSUANT TO RULE 73.2(c)**

Henry Dickman _____ declares that (check one)

1)   TERMINATION BY AN INDIVIDUAL

☑   I am an attorney/consultant representing or retained on behalf of Wabtec Corporation _____ in this action [and on behalf of the parties indicated in the actions listed on the attached schedule]. I hereby give notice that I am no longer involved in the litigation in this action [and those actions listed on the attached schedule] and, therefore, I have terminated my access to Business Proprietary Information in such action[s]. I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

Certain Freight Rail Couplers ┆                      A-570-145, C-570-146
    [Name of proceeding]                      [Case or investigation no.]

OR

Form 18-2

2)  TERMINATION BY A FIRM

☐  I am an attorney representing _____in this action [and the parties indicated in the actions listed on the attached schedule]. I hereby give notice that, because of the termination of all litigation in this action [and those actions listed on the attached schedule] or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action [and those actions listed on the attached schedule] have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____                    _____
[Name of proceeding]                                                [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action [and those actions listed on the attached schedule] or in the administrative proceeding[s] that gave rise to the action[s] to any person.

/s/ Henry Dickman
_____
Signature
Henry Dickman
_____
Attorney or Consultant
Jones Day
_____
Firm
51 Louisiana Avenue, N.W.
_____
Street Address
Washington, DC 20001
_____
City, State and Zip Code
202-879-3939
_____
Telephone Number
hdickman@jonesday.com
_____
E-mail Address

Date:  4/30/2026_____

Form 18-3

## Schedule to Notification of Termination of Access
## to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 23-00161 | Wabtec Corporation v. United States | Wabtec Corporation |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013; Oct. 23, 2025, eff. Dec. 1, 2025.)